**Dismissed and Memorandum Opinion filed September 25, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00355-CV

### FATIMA ENTERPRISES, INC.
### D/B/A HWY 6 SHAMROCK AND SAEED SHAIKH, Appellant

### V.

### TARA ENERGY, LLC, Appellee

**On Appeal from the County Court at Law No. 4**
**Fort Bend County, Texas**
**Trial Court Cause No. 10-CCV-042684**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a summary judgment signed April 2, 2014. On September 16, 2014, appellant filed a motion to dismiss the appeal because the parties have fully compromised and settled all issues in dispute. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Brown, and Wise.